**Motion Granted; Dismissed and Memorandum Opinion filed January 30, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00026-CV

**GLORIA WISMER, INDIVIDUALLY AND AS TRUSTEE OF GLORIA WISMER LIVING TRUST, Appellant**

**V.**

**STATE FARM LLOYDS, Appellee**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-04821**

# M E M O R A N D U M    O P I N I O N

This is an appeal from a summary judgment signed October 10, 2013. On January 16, 2014, appellant filed an agreed motion to dismiss the appeal because the parties have reached a settlement agreement, rendering the appeal moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.